UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:14-cv-0229-LRH-VPC |
| v. | |
| $40,200.00 IN UNITED STATES CURRENCY, | ORDER |
| Defendant. | |

Before the court is the United States' motion to strike the answer of claimant Eric L. Christensen ("Christensen") (Doc. #9). Doc. #11.

This is a civil forfeiture action. On April 30, 2014, the United States filed a complaint for forfeiture of $40,200.00 in United States currency. Doc. #1. In response, Christensen filed an answer to the complaint. Doc. #9. Thereafter, the United States filed the present motion to strike. Doc. #11.

In the motion to strike, the United States argues that Christensen's answer should be stricken because he failed to first file a verified claim, the filing of which is a jurisdictional prerequisite to Christensen's participation in the forfeiture proceeding. *See* Doc. #11. However, after the filing of the motion to strike Christensen filed both a verified notice of claim (Doc. #13) and an amended answer (Doc. #14). The filing of the amended answer supersedes the original answer in its entirety. Further, because the amended answer was filed after Christensen filed a

1  verified claim, he has met the jurisdictional threshold to participate in this action. Therefore, the
2  court shall deny the United States' motion to strike.

4      IT IS THEREFORE ORDERED that the United States' motion to strike (Doc. #11) is
5  DENIED.
6      IT IS SO ORDERED.
7      DATED this 7th day of November, 2014.

                                        _____
                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE