UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>  Plaintiff,  <br><br>  v.  <br><br>  $40,200.00 IN UNITED STATES CURRENCY,  <br><br>  Defendant. | 3:14-cv-0229-LRH-VPC  <br><br> ORDER |

Before the court is the United States' motion to strike the amended answer and claim of claimant Eric L. Christensen ("Christensen") (Doc. #14). Doc. #16.

This is a civil forfeiture action. On April 30, 2014, the United States filed a complaint for forfeiture of $40,200.00 in United States currency. Doc. #1. On May 28, 2014, Christensen filed an answer to the complaint. Doc. #9. On June 25, 2014, Christensen filed an amended answer. Doc. #14. Thereafter, the United States filed the present motion to strike. Doc. #16.

In the motion to strike, the United States argues that Christensen's amended answer should be stricken because it was filed more than twenty-one days after his initial motion in violation of Rule 15(a) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 15(a) (stating that a party may amend a pleading once as a matter of course within twenty-one days of serving the pleading). Here, the court notes that although the amended answer is untimely by seven days, the United States has not been prejudiced by the late filing. Further, Christensen did request leave to file the

1  amended answer in his opposition to the motion to strike. *See* Doc. #20. Thus, the court finds that
2  there is good cause to allow Christensen's amended answer. Accordingly, the court shall deny the
3  United States' motion to strike.

5      IT IS THEREFORE ORDERED that the United States' motion to strike (Doc. #14) is
6  DENIED.
7      IT IS SO ORDERED.
8      DATED this 19th day of December, 2014.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE