# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-CV-0229-LRH  (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 15, 2015 |
| $40,200.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant | ) | |
| ERIK L. CHRISTENSEN, | ) | |
| Claimant | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Claimant filed a motion to strike (#40) his "response to motion to compel (document #27) and any documents not filed under oath in this case." The United States filed a response to the motion (#43), and no reply was filed. For good cause appearing,

**IT IS ORDERED** that claimant's motion to strike (#40) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
Deputy Clerk