UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $40,200.00 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> ERIK L. CHRISTENSEN, ) <br> ) <br> Claimant. ) <br> _____ ) | 3:14-cv-00229-LRH-(VPC) <br><br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#55[1]) entered on June 22, 2015, recommending that the court strike claimant Erik L. Christensen's amended answer (#14) filed on June 25, 2014, and enter default judgment of forfeiture. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

---

[1] Refers to court's docket number.

1  and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

2  (#55) entered on June 22, 2015, should be adopted and accepted.

3      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#55)

4  entered on June 22, 2015, is adopted and accepted, and claimant Erik L. Christensen's amended answer

5  (#14) is hereby STRICKEN.

6      IT IS FURTHER ORDERED that default judgment of forfeiture is hereby ENTERED in

7  accordance with Fed.R.Civ.P. 37(b)(2)(A)(iii) and (vi).

8      IT IS SO ORDERED.

9      DATED this 14th day of July, 2015.

10     _____

    LARRY R. HICKS

11     UNITED STATES DISTRICT JUDGE

2