UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$40,200.00 IN UNITED STATES CURRENCY,<br><br>Defendant.<br><br>ERIK L. CHRISTENSEN,<br><br>Claimant. | Case No. 3:14-cv-0229-LRH-VPC<br><br>JUDGMENT OF FORFEITURE |

  A verified Complaint for Forfeiture in Rem was filed on April 30, 2014. The Complaint alleges that the defendant U.S. Currency described in the caption, and all of such U.S. Currency, is property which constitutes proceeds traceable to the exchange of controlled substances in violation of Title II of the Controlled Substances Act (21 U.S.C. § 801, et seq.) or constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of Title II of the Controlled Substances Act and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

  Process was fully issued in this action and returned according to law.

  Pursuant to a Summons and Warrant of Arrest in Rem for the Property issued by this Court on May 5, 2014, the United States Marshals Service arrested the defendant property on May 12, 2014.

Appropriate public notice of this forfeiture action and arrest was given to all persons and entities by publication of an appropriate notice via the official internet government forfeiture site, www.forfeiture.gov, compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Statutory notice of this action compliant with Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, was given to known prospective claimants, including Erik Lindsay Christensen.

Erik L. Christensen filed an Amended Answer to the complaint on June 25, 2014 (#14). The Amended Answer filed by Erik L. Christensen was stricken by Order (#57) entered by this Court on July 14, 2015.

No claim, answer, or other responsive pleading has been filed on behalf of any other person. Default was entered (#57) on July 14, 2015, of the defendant funds and all other persons or entities who claim an interest in the defendant property.

Now, therefore, good cause appearing, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment be and is entered against the defendant,

$40,200.00 IN UNITED STATES CURRENCY,

and against all persons and/or entities, having any interest in such property and that the defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property shall exist in any other party.  The defendant property shall be disposed of according to law.

DATED this 13th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE